**FILED**
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Case No. ~~~~~~~ |
| Lonnie Glenn Schmidt, | ) | |
| #03909090 | ) | PETITION FOR WRIT OF |
| FOC Seagoville | ) | HABEAS CORPUS *Ad Subjiciendum* |
| POB 9000 Petitioner, | ) | |
| vs. Seagoville, TX, 75159 | ) | CASE NUMBER 1:06CV01168 |
| | ) | |
| U.S. MARSHALS SERVICE, | ) | JUDGE: Reggie B. Walton |
| John F. Clark, Director | ) | |
| | ) | DECK TYPE: Habeas Corpus/2255 |
| Respondent. | ) | |
| | ) | DATE STAMP: 06/26/2006 |

**PETITION FOR WRIT OF HABEAS CORPUS**

Lonnie Glenn Schmidt, inhabitant of California, applicant herein (hereafter Petitioner), hereby applies to this Court for a writ of habeas corpus *ad subjiciendum* in the course of the common law as guaranteed pursuant to Article I, § 9, of the Constitution of the United States, and would show the Court that Petitioner is illegally restrained of his liberty by the United States Marshals Service, of which John F. Clark, is Director, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001, the nature of such illegal restraint being detention in the absence of an Act of Congress in violation of 18 U.S.C. § 4001(a).

**JURISDICTION**

Petitioner's custodian is the U.S. Marshals Service, see "Remedy No. 412939-F1" dated 5-16-06 and "Request for Administrative Remedy" dated May 4, 2006 attached hereto and incorporated herein as set fully forth at length as Exhibit A.

This Court has jurisdiction over Petitioner's custodian, the US Marshals Service, of which John F. Clark is Director and whom resides within this district, see *Stokes vs U.S. Parole Commission*, 374 L.Ed.3d 1235, 1239 (DC Cir. 2004); *Chatmay-Bey vs Thornburgh*, 864 F.2nd

1

804 811, 812 (DC Cir. 1988), citing *Braden*, 93 S.Ct at 1130 and "Petitioner's absence from the district does not present a jurisdictional obstacle to the consideration of the claim." *Braden*, 93 S.Ct at 1131 to hear and grant this application and issue the writ of habeas corpus, admit to bail pending hearing and discharge Petitioner if restraint is found to be illegal — pursuant to 28 U.S.C. § 2241(a), and for reason of nationwide application of § 2241[1] and 28 U.S.C. § 2241(c)(1), (2) and (3)

> "(c) The writ of habeas corpus shall not extend to a prisoner **unless** - - (1) He is in custody under or by color of the authority of the United States..." (2) ...an order, process, judgment or decree of a court or judge of the United States. (3) He is in custody in violation of the Constitution or laws or treaties of the United States."

Articles I § 11 and VI § 10 of the 1879 California Constitution as Amended in 1994; Article I, § 9, Cl. 2 of the Constitution of the United States; Article VIII of the Universal Declaration of Human Rights, U.N. Res. 217 A(III) of December 10, 1948; The International Covenant on Civil and Political Rights, U.N. Res. 2200 A (XXI) of December 16, 1966 and Ratification of the Covenant by the United States Senate on April 2, 1992, and signed by President George Bush on June 1, 1992; and, citing California Penal Code (CPC) §§ 1473(a) and (d) [without prejudice] — when violations of Petitioner's 4th Amendment to the Constitution of the United States rights and guarantees of due process under the 5th Amendment are violated, i.e., **arrest without warrant in the absence of probable cause, absent reading of rights and being held without bail, absent arraignment transported across state lines, imprisoned in absence of Act of Congress**, are alleged. Petitioner declares as follows:

---

[1] *O'Donoghue v U.S.*, 289 US 516, 77 L.Ed 1356, 53 S.Ct. 740.

2

1. I am presently restrained of my liberty absent an Act of Congress or a warrant, complaint, claim or valid process issuing from a Court of competent jurisdiction, in violation of my rights as guaranteed by the California Constitution, Texas Constitution, and the 4th, 5th and 6th Amendments to the Constitution of the United States and Congress' prohibition that a citizen shall not be imprisoned or otherwise detained except pursuant to an Act of Congress, 18 U.S.C. § 4001(a), and in violaiton of 18 USC 4001(a); and

2. I was arrested, without a warrant, at approximately 12:40 PM, on Thursday, July 7th, 2005, at the home of my daughter 2737 Goshen Avenue, city of Clovis, county of Fresno, state of California, at gun point by approximately 25 United States Marshals, Clovis police and Fresno County sheriffs; and

3. I was taken in handcuffs to Fresno County Jail and booked in without my rights being read to me and without an arrest warrant being served on me, even after demanding such to be produced; and

5. I made repeated demands to the arresting persons and to my custodians for production of a warrant, only to be told, "you are just a prisoner, we don't know why you are here", and no warrant for my arrest has been produced to me or is in evidence, in violation of my rights as guaranteed by the California Constitution and the 4th Amendment to the Constitution of the United States; and

6. I immediately made repeated demands to the arresting persons and made demands to my custodians to be brought into the presence of a judge, only finding out from a phone call to my family that I had a hearing scheduled for Friday, July 8, 2005 at 11:00 a.m.; and

7. At no time before, during or after my arrest have I been informed of my rights (mirandized), been presented with a copy of an arrest warrant or have been arraigned, in violation

of my due process rights guaranteed under the California Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

8. I have been continuously held without bail in violation of my due process rights guaranteed under the California Constitutions and the 4th, 5th and 6th Amendments to the Constitution of the United States ; and

9. Petitioner does not waive any rights including those protected under the laws of the United States, the state of California and the state of Texas including but not limited to, lawful arrest, being informed of my "Miranda" rights, timely formal arraignment, reasonable bail, extradition hearing before being transported out of the state of California, etc.; and

Again, petitioner is not a defendant nor a party to any civil or criminal action nor has Petitioner been accused of or charged with the violation of any law of the United States nor has any decree or injunction to enforce the laws of the United States issued to or against petitioner.

Petitioner was then placed on a commercial airline and taken to Texas and booked into the Dallas county jail, absent an Act of Congress or an arrest warrant or any extradition proceedings. On Monday July 18, 2005, Petitioner was transported to the Dallas Federal court house for a hearing. Petitioner sat in a detention cell all day without a hearing only to be told that Judge Buchmeyer would be in trial all week and he would have to wait. Petitioner was then transported and booked into Seagoville Federal Detention Center Texas. And 18 USC 4001(a) is a bar to Petitioners detention.

Petitioner has been arrested without a warrant, was not "mirandized" or arraigned, has been transported across state lines without extradition, tried in a civil case to which Petitioner is not a party and been incarcerated in a Federal Detention Center in Texas absent commitment pursuant to an Act of Congress.

## CERTIFICATE OF SERVICE

I, Denise V. Reese, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed a true copy of the above **PETITION FOR WRIT OF HABEAS CORPUS**, Federal Express Number 8566 5190 8865 to the court listed below this the 21st day of June, 2006.

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Executed this 21st day of June, 2006, at Rancho Cordova, California.

*Denise V. Reese* (signature)
Denise V. Reese

# AFFIDAVIT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
of
Lonnie Glenn Schmidt

I, Lonnie Glenn Schmidt, Affiant herein, hereby depose and state the facts herein and attest that this Affidavit is true, correct and complete, to wit:

1. That, I have personal knowledge of each of the facts stated herein; and

2. That, I am of lawful age and am competent to make this Affidavit; and

3. That, I am not a ward of, or under the guardianship of or conservatorship of another person or entity; and

4. That, this Affidavit is made as a matter of public record, in my own sovereign right, in *sui juris* capacity; and

5. That, I am a flesh-and-blood, natural born man, one of the People and a member of the sovereign class, "We the People"; and

6. That, it is my information and belief that this first-class status enjoys the God-given, "unalienable rights" declared by the Declaration of Independence and guaranteed by the Constitution of the United States of America; and

7. That, I am an inhabitant of the state of California, where I have occupied such status for the past sixty (60) years; and

8. That, I am engaged in an occupation, (non-governmental), of common right in California, one of the 50 union states in America; and

9. That I am not a party to any action out of the United States District Court, Northern Texas, Dallas Division; and

10. That I have not been sued by those seeking to have my person brought to the United States District Court, Northern Texas, Dallas Division and specifically to the court room of Judge Jerry Buchmeyer; and

Page 1 of 3

FILED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

19. That, upon exiting the home was met at **gun point** by approximately **twenty-five (25)** unknown persons which included U.S. Marshals, Clovis police officers and Fresno County Sheriff officers; and

20. That, an unknown person proceeded to make a "felony type" arrest of my person; and

21. That, I did demand an arrest warrant for my person from these men however was given none; and

22. That, I immediately demand to be taken before a judge but am told that it will be the next day and instead am immediately taken to the Fresno County Jail and booked in under number 0521915; and

23. That, at no time during or after my arrest was I read my rights nor have I received a copy of the alleged arrest warrant; and

24. That, I am presently unlawfully restrained of my liberty absent an Act of Congress or a warrant, complaint, claim or valid process issuing from a Court of competent jurisdiction, in violation of my rights as guaranteed by the California Constitution and the 4th, 5th and 6th Amendments to the Constitution of the United States; and

25. That, I have been continually deprived of my liberty without the benefit of bail since 12:40 PM July 7, 2005; and

26. Further, this Affiant sayeth naught.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 21st day of June, 2006.

*/s/ Lonnie Schmidt*
Lonnie Glenn Schmidt, Affiant

# EXHIBIT A

EXHIBIT A

**U.S. DEPARTMENT OF JUSTICE**  REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Schmidt, Lonnie G. | 03909097 | J1-207 | Seagoville FCI
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** TO: Dan Joslin, Warden, Re: DEMAND FOR AUTHORITY TO DETAIN MY PERSON / DEMAND FOR RELEASE FROM CUSTODY / NOTICE FELONY 18 U.S.C. § 4.

I hereby demand you produce the committment documents evidencing prima facie your authority by which you detain my Person. If said documents do not evidence that I am detained pursuant to an Act of Congress, my detention is barred by 18 U.S.C. § 4001(a) "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress." Congress has forbidden non-statutory confinement in federal prisons, Iono v. Fenton, 581 F2d 645 (1978 CA 7 Ill.); and I demand my immediate and unconditional release from your custody and to the custody of none other. I allege I am kidnapped in that document "Complaint by witness" dated March 7, 2006 and filed with Alberto Gonzales, Attorney General of the United States on March 14, 2006, transferred that same date to Bureau of Prisons and directed to your attention by Internal Tracking # 969140; lodged also with the United States District Court NDT, case no. 3:02-cv-0605-R, Docket # 1103. I have had no response from you or any other person. By letter dated April 25, 2006, I caused to be served on you by Federal Express # 856651900843 "Demand for Authority 18 U.S.C. § 4001 Demand for Release from Custody / NBWC/SA (LGS-111762-DJ,Warden)" received by C. Herring, April 26, 2006, at 9:00 a.m. CST; lodged with USDC NDT, case no. 3:02-cv-0605-R, Docket # 1186. You have failed to provide requested authority and therefore, I have exhausted sufficient administrative remedy to mandate immediate reply and remedy.

INCORPORATE DATE _____  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

06 1168

**FILED**

JUN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DATE _____ | _____ WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE | CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____ | _____ | _____ | _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

**SCHMIDT, Lonnie**                                              **FCI Seagoville, Texas**
**Register No.: 03909-097**
**Remedy No.: 412939-F1**

This is in response to your Request for Administrative Remedy receipted May 11, 2006, where you request information regarding your detainment. Specifically, the commitment documentation for which you are being held and release from custody.

An investigation into this matter reveals you were arrested by the United States Marshals Service, Eastern District, Clovis, California, for Civil Contempt, on July 7, 2005. You were then transferred from California to the United States Marshals Service, Northern District, Dallas, Texas, on a Commitment to Another District. You arrived at the Federal Detention Center, Seagoville, Texas, on July 18, 2005, and committed by the U.S. Marshals, North Texas, with a Prisoner Remand, for Civil Contempt of Court.

The U.S. Marshals Service has primary jurisdiction in federal civil contempt commitments. All future inquiries regarding your detainment status needs to be addressed to this agency. The Bureau of Prisons is merely complying with the U.S. Marshals Service, Prisoner Remand until further action is rendered.

Based on the above information, the relief you seek is denied.

If you are not satisfied with this response, you may appeal to the South Central Regional Director, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219, via BP-DIR-10, within 20 calendar days of the date of this response.

_____                                      5/16/06
Dan Joslin, Warden                                           Date

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Schmidt, Lonnie G.__ __03909097__ __J1__ __Seagoville FDC__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL** DEMAND FOR RELEASE FROM CUSTODY / NOTICE LIABILITY / NOTICE FELONY
To: South Central Regional Director, Bureau of Prisons: Per attached BP-9, I have made two DEMANDS upon Warden Joslin for production of documents evidencing my detention is authorized by an Act of Congress. No such documentation has been produced. Mr. Joslin referred my future inquiries to the U.S. Marshal Service. Be advised I have demanded same documentation from said Service with no response (April 25, 2006 Fed Ex. no.8566 5190 8832; received 4/26/06). I am physically detained by BOP, NOT U.S. Marshal. BOP either has lawful authority to detain my Person and documentary evidence to support such claim -- or --BOP does not. I AM DETAINED AGAINST MY WILL. I AM KIDNAPPED AND IMPRISONED UNDER COLOR OF LAW. I DEMAND MY IMMEDIATE AND UNCONDITIONAL RELEASE. Per referrenced NBWC/SA (LGS-111762-DJ,Warden) in BP-9, financial liability in excess of One Hundred Million Dollars has attached to BOP and the United States and is continuing to accrue at the rate of $100,000 per day of my continued incarceration. You, as Regional Director have opportunity to mitigate further damages by investigating my claims that 1. I am NOT a party to any civil or criminal action; 2. I was arrested and transported across state lines without a warrant for my arrest issuing; 3. I am NOT ordered held in contempt by any court of competent jurisdiction pursuant to any act of Congress; and 4. 18 U.S.C. § 4001(a) is a bar to my detention by the United States. Your failure to investigate and report my kidnapping to the FBI is violation of 18 U.S.C. § 4.

__May 25, 2006__                            __[signature]__
DATE   U.S.P.S. Certified Mail No. 70001670000487734640   SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

---

_____   _____
DATE                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

---

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.     UNIT       INSTITUTION

SUBJECT: _____