UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONNIE GLENN SCHMIDT, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.: 06-1168 (RBW) |
| U.S. MARSHALLS SERVICE, | ) |
| Respondent. | ) |

## ORDER

On June 26, 2006, the petitioner filed a Petition for Writ of Habeas Corpus and/or Declaratory Judgment with Incorporated Memorandum of Law. Accordingly, it is hereby this 10th day of July, 2006,

**ORDERED** that the government shall respond to the petition by July 28, 2006.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge