UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LONNIE GLENN SCHMIDT,** | : | |
| Petitioner | : | Civil Action No. 06-1168 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **U.S. MARSHALS SERVICE,** | : | |
| Respondent | : | |

### ORDER

Upon consideration of the United States' Motion to Transfer Petitioner's Petition For Writ of Habeas Corpus, and it appearing to the Court that the petitioner's petition should be transferred to the United States District Court for the Northern District of Texas, it is this

_____day of _____, 2006, hereby

**ORDERED** that the petitioner may reply to the government's motion to transfer no later than _____. If petitioner does not respond within that time, the Court will treat the matter as conceded, and transfer the petitioner's petition to the United States District Court for the Northern District of Texas, the district in which the petitioner is incarcerated.

_____
Reggie B. Walton
United States District Judge

Copies to:

Lonnie Glenn Schmidt
Fed. Reg. No. 03909-097
FCI Seagoville
Federal Correctional Institution
P.O. Box 9000
Seagoville, Texas 75159

Sherri L. Berthrong
Assistant U.S.Attorney
Special Proceedings Division
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530