UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONNIE GLENN SCHMIDT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. MARSHALLS SERVICE, )<br>)<br>Respondent. )<br>) | Civil Action No.: 06-1168 (RBW) |

## ORDER

On June 26, 2006, the petitioner filed a Petition for Writ of Habeas Corpus. In response, the respondent filed a Motion to Transfer. Accordingly, it is hereby this 25th day of July, 2006,

**ORDERED** that the petitioner shall file an opposition to this motion by August 8, 2006. If petitioner neither responds nor moves for an extension of time by that date, the Court may treat the motion as conceded and transfer the case as requested.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge