UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED
JUL 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In re<br>　　Lonnie Glenn Schmidt,<br><br>　　　　Petitioner,<br>vs.<br><br>U.S. MARSHALS SERVICE,<br>　　John F. Clark, Director<br><br>　　　　Respondent. | Case No. 06-1168 (RBW)<br><br>PETITIONER'S OPPOSITION TO UNITED STATES' MOTION TO TRANSFER PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>This Court has jurisdiction pursuant to: 28 U.S.C. §§ 1651, 1652 and 2241(a), (c)(1), (2) and (3). |

### PETITIONER'S OPPOSITION TO UNITED STATES' MOTION
### TO TRANSFER PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, Lonnie Glenn Schmidt, requests this court take judicial notice of Petitioner's application re "Jurisdiction" pages 1-2 whereat the issue of jurisdiction is settled; Supreme Court in *Braden*, 93 S.Ct. at 1131, where petitioner's absence from district does not present obstacle to consideration of claim when respondent resides in district. And judicial notice is requested that respondent is less than forthright inciting to *Rumsfeld v. Padilla*, 24 S.Ct. 2711 (2004) as authority inasmuch as said case **that proper respondent is petitioner's warden or immediate custodian.**

Petitioner's immediate custodian **is** the United States Marshal service **not** the Bureau of Prisons, see application Exhibit A, letter from warden.

Further, Petitioner attaches Bureau of Prison's regional response as Exhibit B attached hereto affirming United States Marshal service.

Petitioner is certain this court considered its jurisdiction prior to ordering respondent to reply. Respondent, with sufficient time for due diligence, has failed to controvert or rebut Petitioner's sworn evidentiary facts that no arrest warrant is in evidence, no Act of Congress authorizes Petitioner's detention, 18 U.S.C. § 4001(a) is a bar to detention and Petitioner is unlawfully and illegally detained.

///

///

1

## PRAYER FOR RELIEF

Petitioner prays this court exercise its jurisdiction, deny respondents' motion and order the writ be issued to result in Petitioner's unconditional release forthwith, to wit.

Respectfully submitted.

Dated: July 25, 2006

*Lonnie Schmidt*
Lonnie Glenn Schmidt, Petitioner
03909097
Seagoville, FDC
2113 N. Hwy 175
P.O. Box 9000
Seagoville, TX 75159

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sworn to and subscribed this 25th day of July, 2006.

*Lonnie Schmidt*
Lonnie Glenn Schmidt

## CERTIFICATE OF SERVICE

I, Denise V. Reese, do hereby declare under penalty of perjury, that I am a citizen of the United States, over the age of 18 and not party to the action, and that I filed a true copy of the above **PETITION FOR WRIT OF HABEAS CORPUS**, Federal Express Number 8566 5190 8902 to the court listed below this the 25th day of July, 2006.

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530

Executed this 25th day of July, 2006, at Rancho Cordova, California.

_____
Denise V. Reese

**SCHMIDT, Lonnie**                                              **FCI Seagoville, Texas**
**Register No.: 03909-097**
**Remedy No.: 412939-F1**

This is in response to your Request for Administrative Remedy receipted May 11, 2006, where you request information regarding your detainment. Specifically, the commitment documentation for which you are being held and release from custody.

An investigation into this matter reveals you were arrested by the United States Marshals Service, Eastern District, Clovis, California, for Civil Contempt, on July 7, 2005. You were then transferred from California to the United States Marshals Service, Northern District, Dallas, Texas, on a Commitment to Another District. You arrived at the Federal Detention Center, Seagoville, Texas, on July 18, 2005, and committed by the U.S. Marshals, North Texas, with a Prisoner Remand, for Civil Contempt of Court.

The U.S. Marshals Service has primary jurisdiction in federal civil contempt commitments. All future inquiries regarding your detainment status needs to be addressed to this agency. The Bureau of Prisons is merely complying with the U.S. Marshals Service, Prisoner Remand until further action is rendered.

Based on the above information, the relief you seek is denied.

If you are not satisfied with this response, you may appeal to the South Central Regional Director, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219, via BP-DIR-10, within 20 calendar days of the date of this response.

_____                            5/16/06
Dan Joslin, Warden                                       Date

Exhibit A

# U.S. DEPARTMENT OF JUSTICE
## Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Schmidt, Lonnie G. | 03909097 | J1-207 | Seagoville FCI |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** TO: Dan Joslin, Warden, Re: DEMAND FOR AUTHORITY TO DETAIN MY PERSON / DEMAND FOR RELEASE FROM CUSTODY / NOTICE FELONY 18 U.S.C. § 4.

I hereby demand you produce the committment documents evidencing prima facie your authority by which you detain my Person. If said documents do not evidence that I am detained pursuant to an Act of Congress, my detention is barred by 18 U.S.C. § 4001(a) "No citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress." Congress has forbidden non-statutory confinement in federal prisons, Iono v. Fenton, 581 F2d 645 (1978 CA 7 Ill.); and I demand my immediate and unconditional release from your custody and to the custody of none other. I allege I am kidnapped in that document "Complaint by witness" dated March 7, 2006 and filed with Alberto Gonzales, Attorney General of the United States on March 14, 2006, transferred that same date to Bureau of Prisons and directed to your attention by internal Tracking # 969148; lodged also with the United States District Court NDT, case no. 3:02-cv-0605-R, Docket # 1163. I have had no response from you or any other person. By letter dated April 25, 2006, I caused to be served on you by Federal Express # 856651908843 "Demand for Authority 18 U.S.C. § 4001/Demand for Release from Custody / NBWC/SA (LGS-111762-DJ,Warden)" received by C. Herring, April 26, 2006, at 9:40 a.m. CST; lodged with USDC NDT, case no. 3:02-cv-0605-R, Docket # 1188. You have failed to provide requested authority and therefore, I have exhausted sufficient administrative remedy to demand immediate reply and remedy.

DATE _____ SIGNATURE OF REQUESTER _____

**Part B- RESPONSE**

_____ _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                      CASE NUMBER: _____

                                                    CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____ _____ _____ _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

SCHMIDT, Lonnie Glen          REG. NO. 03909-097        RECEIPTED: 05-30-06
CASE NO. 412939-R1            PART B - RESPONSE

You are appealing the Warden's response to your complaint regarding your current confinement. You contend you are illegally confined and should be released immediately. You request monetary compensation for each day held in custody.

The Warden's response appropriately addressed your concerns regarding your confinement. You have been incarcerated based on a United States Marshals Service (USMS) remand for Civil Contempt and will remain in custody until your lawful release from the USMS.

Monetary compensation is not available through the Administrative Remedy Program. You may seek such relief by filing an administrative tort claim. Your Unit Team is available to assist you in obtaining the appropriate form.

Based on the above, your appeal is denied.

In the event you are dissatisfied with this response, you may appeal to the Bureau of Prisons, Administrative Remedy Section, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in that office within 30 days from the date of this response.

_06/19/06_          _____
Date                 G. Maldonado, Jr.
                     Regional Director

SENSITIVE - LIMITED OFFICIAL USE

Exhibit B

**U.S. Department of Justice**
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Schmidt, Lonnie G.            03909097            J1            Seagoville FDC
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** DEMAND FOR RELEASE FROM CUSTODY / NOTICE LIABILITY / NOTICE FELONY
To: South Central Regional Director, Bureau of Prisons: Per attached BP-9, I have made two DEMANDS upon Warden Joslin for production of documents evidencing my detention is authorized by an Act of Congress. No such documentation has been produced. Mr. Joslin referred my future inquiries to the U.S. Marshal Service. Be advised I have demanded same documentation from said Service with no response (April 25, 2006 Fed Ex. no.8566 5190 8832; received 4/26/06). I am physically detained by BOP, NOT U.S. Marshal. BOP either has lawful authority to detain my Person and documentary evidence to support such claim -- or --BOP does not. I AM DETAINED AGAINST MY WILL. I AM KIDNAPPED AND IMPRISONED UNDER COLOR OF LAW. I DEMAND MY IMMEDIATE AND UNCONDITIONAL RELEASE. Per referrenced NBWC/SA (LGS-111762-DJ,Warden) in BP-9, financial liability in excess of One Hundred Million Dollars has attached to BOP and the United States and is continuing to accrue at the rate of $100,000 per day of my continued incarceration. You, as Regional Director have opportunity to mitigate further damages by investigating my claims that 1. I am NOT a party to any civil or criminal action; 2. I was arrested and transported across state lines without a warrant for my arrest issuing; 3. I am NOT ordered held in contempt by any court of competent jurisdiction pursuant to any act of Congress; and 4. 18 U.S.C. § 4001(a) is a bar to my detention by the United States. Your failure to investiga and report my kidnapping to the FBI is violation of 18 U.S.C. § 4.

May 25, 2006
DATE       U.s.P.S. Certified Mail No. 70001670000487734640 SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

_____ DATE          _____ REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE            CASE NUMBER: 412939-R1

RECEIVED
MAY 3 0 2006

**Part C—RECEIPT**            CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
    LEGAL DEPARTMENT, SCRO
SUBJECT: