SCHMIDT, Lonnie                                         FCI Seagoville, Texas
Register No.: 03909-097
Remedy No.: 412939-F1

This is in response to your Request for Administrative Remedy receipted May 11, 2006, where you request information regarding your detainment. Specifically, the commitment documentation for which you are being held and release from custody.

An investigation into this matter reveals you were arrested by the United States Marshals Service, Eastern District, Clovis, California, for Civil Contempt, on July 7, 2005. You were then transferred from California to the United States Marshals Service, Northern District, Dallas, Texas, on a Commitment to Another District. You arrived at the Federal Detention Center, Seagoville, Texas, on July 18, 2005, and committed by the U.S. Marshals, North Texas, with a Prisoner Remand, for Civil Contempt of Court.

The U.S. Marshals Service has primary jurisdiction in federal civil contempt commitments. All future inquiries regarding your detainment status needs to be addressed to this agency. The Bureau of Prisons is merely complying with the U.S. Marshals Service, Prisoner Remand until further action is rendered.

Based on the above information, the relief you seek is denied.

If you are not satisfied with this response, you may appeal to the South Central Regional Director, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219, via BP-DIR-10, within 20 calendar days of the date of this response.

_____                              5/16/06
Dan Joslin, Warden                                       Date

Exhibit A

**U.S. Department of Justice**                                    **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Schmidt, Lonnie G.__     __03909097__     __J1__     __Seagoville FDC__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.       UNIT         INSTITUTION

Part A—REASON FOR APPEAL  DEMAND FOR RELEASE FROM CUSTODY / NOTICE LIABILITY / NOTICE FELONY
To: South Central Regional Director, Bureau of Prisons: Per attached BP-9, I have made two DEMANDS upon Warden Joslin for production of documents evidencing my detention is authorized by an Act of Congress. No such documentation has been produced. Mr. Joslin referred my future inquiries to the U.S. Marshal Service. Be advised I have demanded same documentation from said Service with no response (April 25, 2006 Fed Ex. no.8566 5190 8832; received 4/26/06). I am physically detained by BOP, NOT U.S. Marshal. BOP either has lawful authority to detain my Person and documentary evidence to support such claim -- or --BOP does not. I AM DETAINED AGAINST MY WILL. I AM KIDNAPPED AND IMPRISONED UNDER COLOR OF LAW. I DEMAND MY IMMEDIATE AND UNCONDITIONAL RELEASE. Per referrenced NBWC/SA (LGS-111762-DJ,Warden) in BP-9, financial liability in excess of One Hundred Million Dollars has attached to BOP and the United States and is continuing to accrue at the rate of $100,000 per day of my continued incarceration. You, as Regional Director have opportunity to mitigate further damages by investigating my claims that 1. I am NOT a party to any civil or criminal action; 2. I was arrested and transported across state lines without a warrant for my arrest issuing; 3. I am NOT ordered held in contempt by any court of competent jurisdiction pursuant to any act of Congress; and 4. 18 U.S.C. § 4001(a) is a bar to my detention by the United States. Your failure to investigate and report my kidnapping to the FBI is violation of 18 U.S.C. § 4.

__May 25, 2006__                                                     _[signature]_
   DATE       U.s.P.S. Certified Mail No. 70001670000487734640  SIGNATURE OF REQUESTOR

Part B—RESPONSE


---

_____                                              _____
      DATE                                                     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: __412939-R1__

Part C—RECEIPT
                                                              CASE NUMBER: _____
        RECEIVED MAY 3 0 2006
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIALS    REG. NO.    UNIT    INSTITUTION
          LEGAL DEPARTMENT, SCRO
SUBJECT:

June 9, 2006

Lonnie G. Schmidt
03909097
P.O. Box 9000
Seagoville, TX 75919

John F. Clark, Director         Certified Mail Number 7005 1820 0006 3627 4865
U.S. Marshal Service
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

RE:   NOTICE FELONY, 18 U.S.C. § 4; REQUEST FOR CRIMINAL INVESTIGATION,
      28 U.S.C. §§ 526, 535; DEMAND FOR RELEASE FROM CUSTODY, 18 U.S.C.
      § 4001(a); UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
      OF TEXAS Case Number 3:02-CV-0605-R

Dear Director Clark:

I am in the custody of R. Paul Ely, U.S. Marshal, Northern District of Texas, under color of law in violation of my civil rights; kidnapped from California on July 7, 2005 by U. S. Marshals and detained since that date in Seagoville FDC, Seagoville, Texas. I am not party to any civil or criminal action. No warrant for my arrest issued. 18 U.S.C. § 4001(a) is a bar to my detention.

On April 24, 2006, I sent a letter to R. Paul Ely with a "Demand for Production of Authority / Demand for Release from Custody / Notice By Written Communication / Security Agreement (NBWC/SA), by Federal Express which was delivered and signed for at 10:22 a.m. on April 26, 2006. In said letter and NBWC/SA, I made demand for an arrest warrant; Act of Congress authorizing my arrest without the jurisdiction of the United States; Act of Congress authorizing my transport across state lines for trial in a civil case; and Act of Congress pursuant to which I am detained, at p. 2, "Obligations of Consensual Contract," letter and NBWC/SA attached hereto and incorporated as if fully set forth at length herein as Exhibit A.

In said NBWC/SA on p. 2, "Obligation of Consensual Contract," terms state that failure of Randy P. Ely, U.S. Marshal to produce the demanded documents and authority is an <u>admission</u> that Randy P. Ely and the U.S. Marshal Service have acted without authority and 18 U.S.C. § 4001(a) is a bar to my detention. Demand for release was made to be effected no later than April 27, 2006; failure to release resulting in acceptance by the United States of the financial obligations set forth therein and bound by "Acceptance of Obligation of Consensual Contract," p. 2.

I have received no response to said letter and NBWC/SA. I have not been released from custody of R. Paul Ely, U.S. Marshal. Therefore there is now due and owing by the United States the amount of $103,300,000 as of June 1, 2006, to Lonnie G. Schmidt. Please be advised that you

Page 1 of 3

Exhibit C

now also have opportunity to staunch the financial drain on the federal budget which is increasing at the rate of $100,000 per day, by your prompt release of my Person.

I also noticed Dan Joslin by similar letter and NBWC/SA on April 24, 2006, received April 26, 2006. I have received no response to said letter and NBWC/SA. I have not been released from Warehouse of Dan Joslin, Warden, Seagoville FDC.

I filed a Bureau of Prisons Request for Administrative Remedy (BP-9) and was denied release; no documentation authorizing my detention was provided. Dan Joslin referred any inquiry to your Service. BP-9 and Dan Joslin response attached hereto and incorporated as if fully set forth herein at Exhibit B.

I have filed a BP-10 with the South Central Region of Bureau of Prisons with no response as of this date. BP-10 attached hereto and incorporated as if fully set forth herein as Exhibit C.

## NOTICE FELONY: I AM KIDNAPPED AND HELD FOR RANSOM.

I have noticed two persons in civil authority under the United States, Randy P. Ely, U.S. Marshal Northern District of Texas and Dan Joslin, Warden, Seagoville FDC of my kidnapping and they have not responded or come to my aid.

18 U.S.C. § 4001(a) is a bar to my detention.

28 U.S.C. § 1693 is a bar to my arrest and transport in one district for trial in another in a civil matter.

Federal Rules of Criminal Procedure 4(c)(2), 18 U.S.C §§ 5, 7(3) and Article I, § 8, Cl. 17 of the Constitution of the United States is a bar to my arrest on private property and <u>outside</u> a place subject to the jurisdiction of the United States.

Mr. Director, you are now given <u>actual notice</u> of criminal acts by government officers and employees; misprision of felony resulting in the aiding and abetting (accessory after the fact) of the offenders involved in my kidnapping under color of law, a violation of my civil rights, punishable under 18 U.S.C §§ 3, 4, 241, 242, 1201 as violations of Federal criminal law.

## REQUEST FOR CRIMINAL INVESTIGATION

I <u>demand</u> you notify the Attorney General of the United States of my allegations and unlawful imprisonment and request the Attorney General initiate an investigation pursuant to 28 U.S.C. §§ 526 and 535.

· Your prompt attention to the above demand will avoid conclusion of misprision of felony on your part and avert my request to the Attorney General for a preliminary investigation pursuant to 28 U.S.C. § 591 as to whether you may have violated Federal criminal law by failing to act. Your failure to respond in the affirmative to this request within 10-days of your office receipt of

supra, in my valuation of rights, etc., and you agree to waive all defenses and objections to any civil suit, tort claim and filing of UCC-1 Financing Statements related thereto.

**YOU HAVE BEEN NOTICED – YOU HAVE BEEN NOTICED – YOU HAVE BEEN NOTICED.**

Further, be advised that I am lodging this letter with the court for inclusion in the evidence file of case number 3:02-CV-0605-R, and will be posting to a public internet web page.

Therefore and otherwise, conduct yourself accordingly.

Sincerely,

*Lonnie Schmidt*

Lonnie G. Schmidt

cc: Clerk, U.S.D.C. Northern District of Texas

FDC, P.O. Box 9000
Seagoville, Texas [75159]

Non-Negotiable

April 24, 2006

Randy P. Ely
U.S. MARSHAL SERVICE
1100 Commerce Street, Room 1657
Dallas, Texas [75242]
**(without recourse)**

Federal Express Number: 8566 5190 8832

Lonnie Glenn Schmidt
In care of posting location:
FDC Seagoville
PO Box 9000
Seagoville [75159] [without recourse]
Texas Republic   **(without recourse)**

## NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT

This Notice by Written Communication/Security Agreement, hereinafter "Notice by Written Communication", is sent for the purpose of clearing up a misunderstanding on the part of the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt", hereinafter Secured Party. Considering the seriousness of this matter Secured Party has determined that it is vital that all communication by the between Secured Party and Randy P. Ely be in written form so that a proper record is maintained for Secured Party's remedy should such need ever arise. In event Randy P. Ely determines that legal advice is necessary, Randy P. Ely may hire a professional qualified in providing such advice.

It is Secured Party's understanding that Randy P. Ely does not hold a perfected security interest in any property of "LONNIE GLENN SCHMIDT", also known by any and all derivatives and variations in the spelling of said name used with the intent of referencing "LONNIE GLENN SCHMIDT", and like wise in any secured collateral of Secured Party. In event Randy P. Ely claims a perfected security interest in any property of "LONNIE GLENN SCHMIDT", i.e. in any secured collateral of Secured Party, Randy P. Ely must provide Secured Party with proof of superiority of Randy P. Ely's perfected security interest over that of Secured Party's within seventy-two (72) hours of midnight the day following Randy P. Ely's receipt of this Notice by Written Communication.

Secured Party is not now, nor has Secured Party ever been a surety, nor an accommodation party, for "LONNIE GLENN SCHMIDT", nor for any derivative of, nor for any variation in the spelling of, "LONNIE GLENN SCHMIDT", nor for any other juristic person, and is so indemnified and held harmless by "LONNIE GLENN SCHMIDT" in Hold-harmless and Indemnity Agreement No. LGS-111762-HHIA dated the Seventeenth Day of the Eleventh Month in the Year of Our Lord One Thousand Nine Hundred Sixty-two against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by "LONNIE GLENN SCHMIDT" for any and every reason, purpose, and cause whatsoever.

FDC, P.O. Box 9000
Seagoville, Texas [75159]

## Obligations of Consensual Contract

Randy P. Ely, U.S. Marshal, shall produce within 24-hours of receipt of this Notice By Written Communication: 1) an arrest warrant issuing from any court complying with the Fourth Amendment of the Constitution of the United States showing probable cause requirement and conforming to Federal Rules of Criminal Procedure Rule 4 and bearing the seal of the issuing court and signature of the Clerk thereof ordering the arrest of Lonnie Glenn Schmidt; and 2) Act of Congress authorizing arrest of Lonnie Glenn Schmidt in a different district for trial in a civil case; and 3) Act of Congress authorizing arrest of Lonnie Glenn Schmidt by a SWAT team on property not within the territorial jurisdiction of the United States; and 4) Act of Congress authorizing transport of Lonnie Glenn Schmidt across state lines for trial in a civil case; and 5) Act of Congress pursuant to which Lonnie Glenn Schmidt is detained. Failure of Randy P. Ely, U.S. Marshal to produce the above demanded documents and authority is an admission that Randy P. Ely and the U.S. Marshal service has acted without authority in the arrest, transport across state lines and detention of Lonnie Glenn Schmidt and 18 U.S.C. § 4001(a) is a bar of detention of Lonnie Glenn Schmidt and Lonnie Glenn Schmidt, a citizen must be released at the earliest minute lack of authority was discovered.

Failure to effect the release of Lonnie Glenn Schmidt from custody of U.S. Marshal and Dan Joslin, Warden of Seagoville Federal Detention Center with identification and commercial air transportation to Sacramento, California by 4:00 p.m. Thursday April 27, 2006 is the acceptance of the obligation on behalf of your principal United States of America, and you agree to pay the amount of ONE HUNDRED MILLION ($100,000,000) DOLLARS and for each and every day of continued deprivation thereof an additional and no less than amount of ONE HUNDRED THOUSAND ($100,000) DOLLARS per day, as damages.

## Acceptance of Obligation of Consensual Contract

With the intent of being contractually bound, any juristic person, including, but not limited by Randy P. Ely, consents and agrees by this Notice by Written Communication that said juristic or natural person shall effect the release from custody of Lonnie Glenn Schmidt and failure to effect the release of Lonnie Glenn Schmidt from custody as set forth in the Obligations of Consensual Contract in accordance with the terms contained therein within 24 hours of Randy P. Ely, U.S. Marshal's acceptance of the financial obligations of the herein-described consensual contract, as well as the unconditional promise of payment in full of said obligation, Randy P. Ely's receipt of the this Notice by Written Communication, in strict accordance with terms set forth below in paragraphs "(1)" through "(9)" under "Self-executing Security Agreement," wherein Randy P. Ely is "Facilitator."

## Self-executing Security Agreement

Randy P. Ely's failure to meet the Obligations of Consensual Contract, Randy P. Ely, hereinafter only in this "Self-executing Security Agreement"-section of this Notice by Written Communication "Facilitator," accepts the obligation of this consensual contract at 12:01 A.M. of the third (3rd) day following Facilitator's receipt of this Notice by Written Communication, this Notice by Written Communication concomitantly becomes a security agreement, hereinafter "Security Agreement," wherein Facilitator is Debtor and the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt" is Secured Party; and Facilitator:

Lonnie Glenn Schmidt, 03909097
FDC, P.O. Box 9000
Seagoville, Texas [75159]

(1) Grants Secured Party a security interest in all of Facilitator's property and interest in property in the sum certain amount of $100,000,000.00, as well as for each and every day of continued depravation of the rights, freedoms and immunities of Lonnie Glenn Schmidt, the amount of $100,000.00, plus all reasonable costs associated with enforcing said security interest and collecting the indebtedness, plus triple damages, i.e. plus total damages calculated in United States Dollars and multiplied by a factor of 3 (i.e. Damages in United States Dollars X 3);

(2) Authenticates this Security Agreement wherein Facilitator is Debtor and the living, breathing, sentient man known by the appellation, "Lonnie Glenn Schmidt" is Secured Party, and wherein Facilitator pledges all of Facilitator's property, i.e. all: motor vehicles; aircraft; vessels; ships; trademarks; copyrights; patents; consumer goods; firearms; farm products; inventory; equipment; money; investment property; commercial tort claims; letters of credit; letter-of-credit rights; chattel paper; electronic chattel paper; tangible chattel paper; certificated securities; un-certificated securities; promissory notes; payment intangibles; software; health-care-insurance receivables; instruments; deposit accounts; accounts; documents; livestock; real estate and real property – including all buildings, structures, fixtures, and appurtenances situated thereon, as well as affixed thereto—fixtures; manufactured homes; timber; crops; and as-extracted collateral, i.e. all oil, gas, and other minerals, as well as any and all accounts arising from the sale of these substances, both at wellhead and mine head; accessions, increases, and additions, replacements of, and substitutions for, any of the property described hereinabove in this paragraph "(2)"; products, produce, and proceeds of any of the property described hereinabove in this paragraph "(2)"; accounts, general intangibles, instruments, monies, payments, and contract rights, and all other rights, arising out of sale, lease, and other disposition of any of the property described hereinabove in this paragraph "(2)"; proceeds, including insurance, bond, general intangibles, and accounts proceeds, from the sale, destruction, loss, and other disposition of any of the property described hereinabove in this paragraph "(2)"; records and data involving any of the property described hereinabove in this paragraph "(2)", such as in the form of a writing, photograph, microfilm, microfiche, tape, electronic media, and the like, together with all of Facilitator's right, title, and interest in all computer software and hardware required for utilizing, creating, maintaining, and processing any such records and data in any electronic media, and all of Facilitator's interest in all such foregoing property in this paragraph "(2)", now owned and hereinafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Facilitator's contractual obligation in favor of Secured Party for Facilitator's conspiracy with Jeffrey Norris and the Receiver Lawrence J. Warfield to violate and for violations of secured parties civil rights including but not limited to unlawful debt collection, kidnapping, holding for ransom and extortion;

(3) Consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein Facilitator is Debtor and the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt" is Secured Party;

(4) Consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of Facilitator's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)", until Facilitator's contractual obligation theretofore incurred has been fully satisfied;

NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT NO. LGS-111762-RPE-USM
Page 3 of 7
NOTICE BY WRITTEN COMMUNICATION/SECURITY AGREEMENT ©Reproduced by permission of owner, 1964© - 2006©

FDC, P.O. Box 9000
Seagoville, Texas [75159]

(5) Consents and agrees with Secured Party's filing of any and all UCC Financing Statements, as described hereinabove in paragraphs "(3)" and "(4)", and the filing of any Security Agreement, as described hereinabove in paragraph "(2)", in the UCC filing office, as well as in any county recorder's office;

(6) Consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that Facilitator will not claim that any such filing is bogus;

(7) Waives all defenses;

(8) Appoints Secured Party as Authorized Representative for Facilitator, effective upon Facilitator's default re Facilitator's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms", granting Secured Party full authority and power for engaging in any and all actions on behalf of Facilitator including, but not limited by, authentication of a record on behalf of Facilitator, as Secured Party, in Secured Party's sole discretion, deems appropriate, and Facilitator further consents and agrees that this appointment of Secured Party as Authorized Representative for Facilitator, effective upon Facilitator's default, is irrevocable and coupled with a security interest; and

(9) Consents and agrees with all of the following additional terms of this Self-executing Security Agreement:
   (a) Payment Terms: Facilitator hereby consents and agrees that Facilitator shall pay Secured Party all daily accruing sums in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice", itemizing said daily accruing sums, is sent.

   (b) Default Terms: In event of non-payment in full of all sums by Facilitator within ten (10) days of date Invoice is sent, Facilitator shall be deemed in default and:
      (i)   All of Facilitator's property and interest in property pledged as collateral by Facilitator, as set forth above in paragraph "(2)", immediately becomes, i.e. is, property of Secured Party;
      (ii)  Secured Party is appointed Facilitator's Authorized Representative as set forth above in paragraph "(8)"; and
      (iii) Facilitator consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following Facilitator's default, and without further notice, any and all of Facilitator's former property and interest in property formerly pledged as collateral by Facilitator, now property of Secured Party, in respect of this "Self-executing Security Agreement", that Secured Party, again in Secured Party's sole discretion, deems appropriate.

   (c) Terms for Curing Default: Upon event of default, as set forth above under "Default Terms", Facilitator can cure Facilitator's default and avoid strict foreclosure re any remainder of Facilitator's former property that is neither in the possession of Secured Party, nor otherwise

FDC, P.O. Box 9000
Seagoville, Texas [75159]

disposed of by Secured Party, only within twenty (20) days of Facilitator's default and only by payment in full of the balance of the sum certain amount owed by Facilitator, as noticed Facilitator in Invoice, that is not already paid by Secured Party's possession, sale, liquidation, and the like of Facilitator's former property pledged as collateral for securing Facilitator's obligation.

(d) **Terms of Strict Foreclosure:** Facilitator's non-payment in full of all sums itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property formerly pledged as collateral by Facilitator, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day strict-foreclosure period.

Ownership subject to UCC Financing Statement and security agreement filed with the UCC filing office. Record Owner: the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt".

### Words Defined – Glossary of Terms

As used in this Notice by Written Communication, the following words and terms are as defined in this section, *non obstante*:

**All.** In this Notice by Written Communication the word "all" means everything one has: the whole number; totality, including both all and sundry; everyone; without restriction.

**Appellation.** In this Notice by Written Communication the term "Appellation" means the act of naming; the act of calling by name; a descriptive expression; a term used to characterize the nature of the living, breathing, man known by the appellation "Lonnie Glenn Schmidt".

**Authorized Representative.** In this Notice by Written Communication the term "Authorized Representative" means the Secured Party, the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt", authorized by Debtor, upon Debtor's default, for signing Debtor's signature, without liability and without recourse.

**Collateral.** In this Notice by Written Communication the term "Collateral" means any and all property of debtor identified above in paragraph "(2)".

**Debtor.** In this Notice by Written Communication the term "Debtor" means Randy P. Ely, U.S. Marshal, U.S. Marshal Service, United States District Court for the Northern District of Texas, administrative office of the United States court, and United States of America. Randy P. Ely individually and as agent of the principal U.S. Marshal Service, effective upon execution of Security Agreement as set forth above under "Self-executing Security Agreement."

**Default.** In this Notice by Written Communication the term "default" means Debtor's non-performance of a duty arising under this Notice by Written Communication as set forth above under paragraph "(9)(b)", "Default Terms".

FDC, P.O. Box 9000
Seagoville, Texas [75159]

**Derivative.** In this Notice by Written Communication the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Hold-harmless and Indemnity Agreement.** In this Notice by Written Communication the term "Hold-harmless and Indemnity Agreement" means the written, express, Hold-harmless and Indemnity Agreement No. LGS-111762-HHIA dated the Seventeenth Day of the Eleventh Month in the Year of Our Lord One Thousand Nine Hundred Sixty-two, between the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt", and the juristic person LONNIE GLENN SCHMIDT together with all modifications of and substitutions for said Hold-harmless and Indemnity Agreement.

**Juristic Person.** In this Notice by Written Communication the term "juristic person" means an abstract, legal entity *ens legis*, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as LONNIE GLENN SCHMIDT, which, on the basis of legal reasoning, legally treated as a human being for the purpose of conducting commercial activity for the benefit of a sentient, living being, such as "Lonnie Glenn Schmidt", to wit:

> "From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept – by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying affairs through what is now the familiar device of the corporation.----- Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched." Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason. *See* U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; 68 S. Ct. 855; 1948 U.S."

**Living, breathing, sentient man.** In this Notice by Written Communication the term "living, breathing, sentient man" means the Secured Party, known by the appellation "Lonnie Glenn Schmidt", as distinguished from an artificial legal construct, *ens legis*, i.e. a juristic person, created by construct of law.

**Lonnie Glenn Schmidt.** In this Notice by Written Communication the term "Lonnie Glenn Schmidt" means the appellation presently used by the living, breathing, sentient man.

**LONNIE GLENN SCHMIDT.** In this Notice by Written Communication the term "LONNIE GLENN SCHMIDT" means Lonnie Glenn Schmidt, a juristic person, and any and all derivatives and variations in the spelling of said name except the appellation "Lonnie Glenn Schmidt".

*Non obstante.* In this Notice by Written Communication the term "*non obstante*" means: Words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared object, purposes.

**Secured Party.** In this Notice by Written Communication the term "Secured Party" means the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt", in whose favor there is a

FDC, P.O. Box 9000
Seagoville, Texas [75159]

security interest in the Collateral described, as well as referenced, in the Written Communication/Security Agreement.

**Security Agreement.** In this Notice by Written Communication the term "Security Agreement" means the self-executing Security Agreement as described above under "Self-executing Security Agreement," together with any and all attachments, exhibits, documents, endorsements, and schedules attached thereto.

> "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." <u>CRUDEN v. NEALE</u>, 2 N.C. 338 (1796) 2 S.E. 70.

### Additional Provisions

Any unenforceable provision of this Notice by Written Communication, as well as any unenforceable portion of any other communication, document, and the like referenced in this Notice by Written Communication between and concerning Secured Party and Randy P. Ely, is severed from this Notice by Written Communication, but every remaining provision continues in full force and effect and this Notice by Written Communication is deemed modified in a manner that renders this Notice by Written Communication as well as any other communication, document, and the like referenced in this Notice by Written Communication between and concerning Secured Party and Randy P. Ely, effective and in full force and effect. In all cases Secured Party continues without liability and is held harmless. As stated above, Secured Party is not now, nor has Secured Party ever been, a surety, nor an accommodation party, for "LONNIE GLENN SCHMIDT", nor for any derivative of, nor for any variation in the spelling of, "LONNIE GLENN SCHMIDT".

Randy P. Ely consents and agrees that this Notice by Written Communication is a private, consensual contract and may not be impaired by any third party.

Randy P. Ely consents and agrees in full with all terms, conditions, and provisions as stated above.

With the intent of entering this consensual contract both Randy P. Ely as Debtor and the living, breathing, sentient man known by the appellation "Lonnie Glenn Schmidt" as Secured Party do herewith execute this Security Agreement.

Debtor: Randy P. Ely

<u>Randy P. Ely</u>
Debtor's Signature

Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401.
Secured Party:

*[signature]*
By the living, breathing man known by the appellation "Lonnie Glenn Schmidt", Secured Party

**Second Opinion Services**
*Business & Legal Consultants*
10341 Folsom Blvd., #102
Rancho Cordova, California 95670
Telephone: (916) 362-2506  Facsimile: (866) 351-3309
Email: sos@calparalegal.com   Website: Fighting4Freedom.com/SOS

July 4, 2006

To Those Whom it Concerns; The People of The United States, Greetings:

Thanksgiving Day 1967, Republic of Viet Nam. The UH-1D "Huey" emergency radio abruptly interrupted our thoughts. The pilot, calling "May Day, May Day" gave his unit call sign, location and calmly said "I've just lost my main rotor system. Goodbye, good luck and God bless you all."

That freedom is not free is a truth learned by American soldiers prior to Vietnam and since. We cannot bring back those who paid the ultimate price for our country, but we can continue the fight ensuring their sacrifice will not be in vain. This fight preserves the truth of our heritage and the freedom truth provides.

From at least 1937, a fraud of major proportions has been perpetrated upon the American citizen by that branch of government which is the very Heart Nerve of our country, the federal judiciary.

The United States District Courts in the 94 judicial districts in the continental states of the union have been arresting, prosecuting and imprisoning citizens and aliens — without Constitutional or Congressional authority.

The Constitution authorizes punishment in only three instances: counterfeiting[1]; piracies and felonies committed on the high seas[2] and treason[3]. Congress authorized the United States District Courts to prosecute all crimes and offenses against the United States "cognizable under the authority of the United States committed within their respective districts or upon the high seas; where no other punishment…than a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding **six months** is to be inflicted."[4]

More than 2 million Persons have been imprisoned by judges of the United States District Courts for periods in excess of six months.

We the People gave Congress power "to exercise exclusive Legislation [jurisdiction] in all Cases whatsoever, over such District (not exceeding ten Miles square)…and to exercise like authority [jurisdiction] over all **places purchased** by the consent of the Legislature of the State

---

[1] U.S. Constitution, Art. I § 8, Cl. 6
[2] U.S. Constitution, Art. I § 8, Cl. 10
[3] U.S. Constitution, Art. III § 3, Cl. 2
[4] Judiciary Act of 1789, 1 Stat. 9

Exhibit D

in which the same shall be...."[5]; and to "make all Laws which shall be necessary and proper..."[6] to regulate and govern those **places purchased**.[7]

The United States District Courts — without authority to seat a grand or petit jury[8] — routinely issue indictments which declare the location of the "offense" to have been committed e.g. "in the Northern District of Texas" but fail to identify the "place" within the district. The "district" is not a "**place purchased**." Therefore, in order for the United States District Court to enjoy venue, the place where the offense is allegedly committed must be proven by the prosecutor to be within a **place purchased** by the federal government.

It is a fundamental principle of law that there are two necessary elements to a crime or offense: <u>where</u> (place) the offense is committed and <u>what</u> offense is committed.[9] Both elements must be proven to establish federal venue and subject matter jurisdiction in order to sustain a conviction. Over 98% of all indictments, arrests and search warrants issuing from the United States District Courts are for offenses committed on private not federally owned property...and are therefore fraudulent. Ninety-eight percent (98%) of all arrests and searches by agents of the United States occur on public property within a union state, county or city, or on private property...wherein Federal criminal law simply does not apply.[10] "And where there is no law there is no transgression." Romans 4:15b (NIV)

That the fraud has continued unchecked for almost 70 years is a shameful indictment against every prosecuting and defense attorney and judge who ever set foot in a United States District Court to participate in a "criminal proceeding."[11] The perpetrators of the fraud are the United States Attorneys. The conspirators are federal judges and defense attorneys. Those aiding and abetting are U.S. Marshals and other federal arresting agents. The Attorney General of the United States is responsible to prosecute government officers and employees[12] for Constitutional and civil rights violations[13]. Congress is responsible to stop the fraud. We the People are responsible to hold Congress accountable.

We owe it to ourselves, our soldiers and our posterity.

Respectfully,
One of the People,

*Lonnie Schmidt*

Lonnie G. Schmidt, Senior Consultant
Captain, U.S.A.R.
Thunderbird One, 118th A.H.C., RVN 1967-68

---

[5] U.S. Constitution, Art. I § 8, Cl. 17; District of Columbia and "places purchased" within district in a union state
[6] U.S. Constitution, Art. I § 8, Cl. 18
[7] U.S. Constitution, Art. IV § 3
[8] 28 U.S.C. § 1869(f); United States District Court is **not** a "district court" established by chapter 5 of Title 28
[9] It is the locus of the offense which determines jurisdiction, not the offense committed. *People v. Godfrey*, 17 Johns. 225, 223 (N.Y. 1819)
[10] F.R.Cr.P. Rule 4(c)(2); 18 U.S.C. §§ 5, 7(3)
[11] F.R.Cr.P. Rule 54(b)(1)-(4)
[12] 28 U.S.C. §§ 526, 535
[13] U.S. Constitution, Amendments IV and V; 118 U.S.C. §§ 3, 4, 241, 242